UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


GEICO CASUALTY COMPANY,

       Plaintiff,

vs.                                                 Case No. 8:05-cv-697-T-24EAJ

JOY BEAUFORD and ALICIA
EUGINIA ARCE,

       Defendants.
_____/


**O R D E R**

      This cause comes before the Court on Plaintiff's Motion for Entry of Default  (Doc. No.

5).  Plaintiff seeks entry of a default against Defendant Alicia Eugenia Arce for failure to

respond to Plaintiff's complaint.   Plaintiff, however, has not filed proof of service on Defendant

Alicia Eugenia Arce.  Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion

for Entry of Default (Doc. No. 5) is **DENIED WITHOUT PREJUDICE.**

      **DONE AND ORDERED** at Tampa, Florida, this 22nd day of June, 2005.


                                          *Susan C. Bucklew*
                                      SUSAN C. BUCKLEW
                                      United States District Judge

Copies to:
Counsel of Record