UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO CASUALTY COMPANY,

        Plaintiff,

vs.                                                      Case No. 8:05-cv-697-T-24EAJ

JOY BEAUFORD and ALICIA
EUGENIA ARCE,

        Defendants.
_____/

**O R D E R**

This cause comes before the Court on Geico's Motion to Remove Defendant's Exhibit "G" From the Public Record and to Re-File Defendant's Exhibit "G" Under Seal (Doc. No. 168). On October 16, 2006, Geico filed its motion for summary judgment (Doc. No. 152). On October 30, 2006, Defendant Joy Beauford ("Beauford") filed her response in opposition to Geico's motion for summary judgment (Doc. No. 162). As part of her response, Beauford filed as Exhibit G a document which Geico calls its Technical Claims Memorandum ("TCM")(Doc. No. 162-8).

Geico argues that the parties contemplated that Geico's confidential business information, such as the TCM, would be governed by a Confidentiality Agreement which the parties had entered into on August 1, 2006 (Doc. No. 168-2). Geico seeks an Order from this Court directing Exhibit G be removed from the public docket and entered under seal. Geico represents that Defendant Beauford agrees to the removal of Exhibit G to her response to Geico's motion for summary judgment "and further consents to the document being entered

under seal by this Court in an effort to correct the inadvertent disclosure of GEICO's confidential information."

Upon consideration, Geico's Motion to Remove Defendant's Exhibit "G" From the Public Record and to Re-File Defendant's Exhibit "G" Under Seal (Doc. No. 168) is **GRANTED**.  The Clerk is directed to print a copy of Exhibit G and then remove Exhibit G (Doc. No. 162-8) from the public docket.  The Clerk is further directed to file the printed copy of Exhibit G under seal.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of November, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2