UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO CASUALTY COMPANY,

    Plaintiff,

v.                                     Case No. 8:05-cv-697-T-24 EAJ

JOY BEAUFORD and
ALICIA EUGENIA ARCE,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Oral Motion to Bring Electronic Equipment into the Courtroom during the trial in this case.  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED** as follows:

(1) Plaintiff's counsel, B. Richard Young, shall be allowed to bring a laptop computer and accessories thereto, as well as a cellphone device, into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on August 27, 2007.  Said cellphone device shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with any of the electronic equipment herein permitted.

(3) All electronic equipment is subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of July 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk